Immigration and Customs Enforcement

Federal District Court

Vs (Eddy M. Ruiz Diaz) 8/11-69
(Edgardo Quiñones) W83140

FILED
Federal District Court
2004 AUG 12 P 12: 24
US DISTRICT COURT
DISTRICT OF MASS

## Motion for a Speedy trial

Now comes the Defendant in the above entitled matter, being in Propria Persona for it is traditionally known that all pleas must be made in such because if made by an officer of the Court one submitts to the Courts jurisdiction. The Defendant moves this Honorable Court to provide him with a speedy trial in said matter, pursuant to the English Bill of Rights and the 6th Amendment to the Constitution for the United States of America. The Defendant also exercises his 7th Amendment right and demands said trial to be at Common-law.

The Immigration and Customs Enforcement agency has initiated legal action against the Defendant by obtaining a warrant for the detainment of his Person. The number of said warrant is A 71 778 618.

The Defendant is currently in the custody of the Massachusetts Correctional Institution, Concord and would like to resolve this matter as quickly as his natural rights grant him the ability to do so.

Respectfully submitted,

Eddy M. Ruiz - Diaz / 84140
Edgardo Quiñones / W83140
965 Elm Street
West Concord, Massachusetts
United States of America
7th day of August, 2004

Certificate of Service 8/9/04

I, Edgardo Quiñones, swear and certify that the Immigration and Customs Enforcement agency has been served with notice of the recent action I have taken in court by providing it with a true and exact copy of the following document: Motion for a Speedy Trial (1 page) dated, 7th day of August, 2004. Said document was placed in an envelope, the envelope was then sealed and stamped and addressed to the following:

Immigration and Customs Enforcement
John F. Kennedy Federal Building
Government Centre
Boston, Massachusetts
United States of America

The envelope was later placed in the United States Postal Services box at Massachusetts Correctional Institution, Concord on the 8th day of August, 2004.

Signed under pains and penalties of perjury this 9th day of August, 2004

Eddy·M·Ruiz Diaz)·8-11-69
Edgardo Quiñones)W83140
965 Elm Street
West Concord, Massachusetts
United States of America