UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDDY M. RUIZ DIAZ,<br>　　　　Petitioner,<br><br>　　　v.<br><br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT<br>　　　　Respondent | CIVIL ACTION<br>NO. 04-11790-DPW |

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

　　On August 19, 2004 this Court issued a Memorandum and Order of Dismissal requiring the Plaintiff to show good cause why the case should not be dismissed for the reasons stated therein.  To date, no response to the Memorandum and Order has been received from the Plaintiff.  Accordingly, for failure to show good cause as directed, and for the reasons stated in the Memorandum and Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

　　　　　　　　　　　　　　　　　　　　BY THE COURT,

　　　　　　　　　　　　　　　　　　　　/s/Rebecca Greenberg
Dated: October 26, 2004　　　　　　　　Deputy Clerk